# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YODLE, INC., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. |
| | : | |
| RONALD POUSSON, LOCAL | : | |
| INTERNET DOCTORS, INC., | : | |
| FRANK NORRIS, DANIEL | : | |
| MOUSETIS, and CHRISTOPHER | : | |
| ESGRO, | : | |
| | : | |
| Defendants. | : | |

## YODLE, INC.'S MOTION FOR A
## TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference, Plaintiff Yodle, Inc. ("Yodle") hereby moves for a temporary restraining order and, following a hearing, a preliminary injunction. Yodle seeks the relief specified in the proposed Orders that are filed simultaneously herewith.

Yodle certifies that the undersigned attorney attempted to provide notice to each of the Defendants by emailing a copy of the filed papers to the following addresses, by placing a telephone call to each of the following and/or by providing the copies in hand to the addresses listed below:

    a)    Ronald Pousson
              620 Martin Drive
              Avondale, PA
              (484) 888-2454
              (484) 643-5454
              ronpousson@gmail.com
              info@localinternetdoctors.com

1032449.1

b)  Frank Norris
    3 Linden Circle
    Lincoln University, PA
    (484) 643-5454
    (610) 869-6037
    info@localinternetdoctors.com

c)  Daniel Mousetis
    4408 Sansom Street
    Apartment 1
    Philadelphia, PA
    (215) 833-6964
    dan.mousetis@gmail.com

d)  Christopher Esgro
    310 Yardley Commons
    Yardley, PA
    (267) 278-7400
    chrisesgro@yahoo.com

e)  Local Internet Doctors, Inc.
    3 Linden Circle
    Lincoln University, PA
    (484) 643-5454
    info@localinternetdoctors.com

Respectfully submitted,

**YODLE, INC.**

By its attorneys,

*/s/ William J. Leahy*
William J. Leahy (PA #80340)
**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102-1321
Tel: 267.402.3000
wleahy@littler.com

-and-

David C. Kurtz (*pro hac vice* admission pending)
Itia S. Roth (*pro hac vice* admission pending)
Joseph P. Calandrelli (*pro hac vice* admission pending)
**PRINCE LOBEL GLOVSKY & TYE LLP**
100 Cambridge Street
Suite 2200
Boston, Massachusetts 02114
Telephone: 617.456.8000
Fax: 617.456.8100
dkurtz@princelobel.com
iroth@princelobel.com
jcalandrelli@princelobel.com

Dated: December 15, 2009