# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YODLE, INC., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. |
| | : | |
| RONALD POUSSON, LOCAL INTERNET DOCTORS, INC., FRANK NORRIS, DANIEL MOUSETIS, and CHRISTOPHER ESGRO, | : : : : : | |
| | : | |
| Defendants. | : | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Yodle, Inc., a nongovernmental corporate party, states that it does not have a parent company, and no publicly held corporation owns 10% or more of its stock.

        Respectfully submitted,

        **YODLE, INC.**

        By its attorneys,

        */s/ William J. Leahy*
        William J. Leahy (PA #80340)
        **LITTLER MENDELSON, P.C.**
        Three Parkway
        1601 Cherry Street, Suite 1400
        Philadelphia, PA 19102-1321
        Tel: 267.402.3000
        wleahy@littler.com

1032283-1

-and-

> David C. Kurtz (*pro hac vice* admission pending)
> Itia S. Roth (*pro hac vice* admission pending)
> Joseph P. Calandrelli (*pro hac vice* admission pending)
> **PRINCE LOBEL GLOVSKY & TYE LLP**
> 100 Cambridge Street
> Suite 2200
> Boston, Massachusetts 02114
> Telephone: 617.456.8000
> Fax: 617.456.8100
> dkurtz@princelobel.com
> iroth@princelobel.com
> jcalandrelli@princelobel.com

Dated: December 15, 2009