IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Yodle, Inc. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Ronald Pousson, Local Internet Doctors, Inc., Frank Norris, Daniel Mousetis, and Christopher Ecgro | : | NO. 09-CV-5966 |

## ORDER

AND NOW, this _____ Day of _____, 20__, it is hereby

ORDERED that the application of __Itia S. Roth_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No#_____

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _____Itia S. Roth_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __6247__, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| Massachusetts | 12/01/2005 | 664400 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| District Court of Massachusetts | 02/23/2006 | 664400 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Court of Appeals for the First Circuit | 02/01/2006 | 110589 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*     Yodle, Inc.

_____
(Applicant's Signature)

12/14/2009
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Prince, Lobel, Glovsky & Tye LLP, 100 Cambridge Street, Boston, MA 02114

Sworn and subscribed before me this

14th Day of December, 2009

_____
Notary Public

JANINE A. SHEEHAN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
March 26, 2015

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Itia S. Roth___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| William J. Leahy | [signature] | Feb. 1999 | 80340 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Littler Mendelson, P.C., Three Parkway, 1601 Cherry Street, Suite 1400, Philadelphia, PA 19102-1321

267-402-3012

Sworn and subscribed before me this

___ Day of _____, 2009

[signature]
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ELIZABETH M. YANNUZZI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 15, 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

YODLE, INC. : CIVIL ACTION
:
v. :
: No. 09-CV-5966
Ronald Pousson, Local Internet Doctors, :
Inc., Frank Norris, Daniel Mousetis, and :
Christopher Esgro :
        Defendants. :

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _____ Itia S. Roth _____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

Order which, if granted, would permit such practice in this court was mailed today with postage paid to:

RONALD POUSSON
104 Locust Drive
Lincoln University, Pa 19352

LOCAL INTERNET DOCTORS, INC.
3 Linden Circle
Lincoln University, PA 19352

FRANK NORRIS
3 Linden Circle
Lincoln University, PA 19352

DANIEL MOUSETIS
4408 Sansom Street
Apartment 1
Philadelphia, PA 19104

CHRISTOPHER ESGRO,
310 Yardley Commons
Yardley, PA 19067

_____
Signature of Attorney

William J. Leahy
_____
Name of Attorney

Yodle, Inc.
_____
Name of Moving Party

Dec. 16, 2009
_____
Date