IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Yodle, Inc.                                    :    CIVIL ACTION
                                               :
           v.                                  :
                                               :
Ronald Pousson, Local Internet Doctors,        :
Inc., Frank Norris, Daniel Mousetis, and       :    NO. 09-CV-5966
Christopher Esgro

<u>ORDER</u>

AND NOW, this 18 Day of Dec , 2009, it is hereby

ORDERED that the application of Joseph P. Calandrelli , Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____
                                    J.