IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Yodle, Inc.                               :   CIVIL ACTION
                                          :
           v.                             :
                                          :
Ronald Pousson, Local Internet Doctors,   :
Inc., Frank Norris, Daniel Mousetis, and  :   NO. 09-CV-5966
Christopher Ecgro

ORDER

AND NOW, this 18 Day of Dec., 2009, it is hereby

ORDERED that the application of Itia S. Roth, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____
                     J.