# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YODLE, INC., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 09-CV-05966 |
| | : | |
| RONALD POUSSON, LOCAL | : | |
| INTERNET DOCTORS, INC., | : | |
| FRANK NORRIS, DANIEL | : | |
| MOUSETIS, and CHRISTOPHER | : | |
| ESGRO, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF
## OF CLAIMS AGAINST DEFENDANTS LOCAL INTERNET DOCTORS, INC., FRANK NORRIS, DANIEL MOUSETIS AND CHRISTOPHER ESGRO

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Yodle, Inc. hereby dismisses the above-captioned action as against Defendants Local Internet Doctors, Inc., Frank Norris, Daniel Mousetis and Christopher Esgro. Plaintiff does <u>not</u> hereby dismiss its claims against Defendant Ronald Pousson.

Respectfully submitted,

**YODLE, INC.**

By its attorneys,

*/s/ William J. Leahy*
William J. Leahy (PA #80340)
**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102-1321
Tel: 267.402.3000
wleahy@littler.com

-and-

1039277.1

David C. Kurtz (*pro hac vice*)
Itia S. Roth (*pro hac vice*)
Joseph P. Calandrelli (*pro hac vice*)
**PRINCE LOBEL GLOVSKY & TYE LLP**
100 Cambridge Street
Suite 2200
Boston, Massachusetts 02114
Telephone: 617.456.8000
Fax: 617.456.8100
dkurtz@princelobel.com
iroth@princelobel.com
jcalandrelli@princelobel.com

Dated: January 20, 2010

## CERTIFICATE OF SERVICE

I, David C. Kurtz, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ David C. Kurtz
David C. Kurtz